IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REBECCA WEST                                                                                           PLAINTIFF

VS.                                                      CIVIL ACTION NO.: 2:20-CV-00090-KS-MTP

CENTON BANCORP, INC. AND
RICHTON BANK AND TRUST CO.                                                       DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, pursuant to Rule 41(a)(1)(ii), that Defendants, Centon Bancorp, Inc. and Richton Bank and Trust Co., may be dismissed with prejudice in the above-entitled action, Civil Action No. 2:20-cv-00090-KS-MTP. The Parties further agree that, based on the foregoing Stipulation, the Court may enter an Order dismissing Plaintiff's claims against Centon Bancorp, Inc. and Richton Bank and Trust Co., with prejudice, pursuant to the terms of a confidential settlement.

THIS, the 25th day of March, 2021.

Respectfully submitted,

/s/ Maurice McIntosh Forsyth for Benjamin Bowden
BENJAMIN U. BOWDEN

/s/ Maurice McIntosh Forsyth
MAURICE MCINTOSH FORSYTH
*ATTORNEYS FOR PLAINTIFF*

*/s/ Jason T. Marsh*
JASON T. MARSH
MALLORY K. BLAND
*ATTORNEYS FOR DEFENDANT*

PD.31091336.1

## CERTIFICATE OF SERVICE

I, Jason T. Marsh, do hereby certify that I electronically filed the above and foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Benjamin U. Bowden, Esq.
Vaughn & Bowden, PA
1311 Spring Street, Suite A
Gulfport, MS 39507
T: (228) 869-5652
F: (228) 869-5689
bowden@vaughnbowden.com

Maurice McIntosh Forsyth
M. McIntosh Forsyth, Attorney at Law
P.O. Box 636
Richton, MS 39476
T: (601) 788-5642
F: (601) 788-9721
forsyth@bellsouth.net

*Attorneys for Plaintiff*

THIS, the 25th day of March, 2021.

/s/ *Jason T. Marsh*
JASON T. MARSH

PD.31091336.1